LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN, ISB# 3586
Chief of Civil Litigation

PEG M. DOUGHERTY, ISB #6043
Lead Deputy Attorney General
Contracts and Administrative Law Division

CLAY R. SMITH, ISB# 6385
MEGAN E. MOONEY, ISB# 7750
Deputy Attorneys General
954 W. Jefferson Street, 2nd Floor
P.O. Box 83720
Boise, ID  83720-0010
Telephone:  (208) 334-2400
Facsimile:  (208) 854-8073

    Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ALICE LEITTER, CHRISTOPHER BOYLE, DORIS ANDERSON, RUSSELL ANDERSON, NOREEN DAINES, and ELLEN BROWER,<br><br>    Plaintiffs,<br><br>v.<br><br>RICHARD ARMSTRONG, in his Official Capacity as Director of the Idaho Department of Health and Welfare,<br><br>    Defendant. | Case No. CV 10-361-S-BLW<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE - 1

COME NOW Plaintiffs, Alice Leitter, Christopher Boyle, Doris Anderson, Russell Anderson, Noreen Daines, and Ellen Brower ("Plaintiffs"), by and through their counsel of record, and Defendant, Director Richard Armstrong, by and through his counsel of record, to jointly submit this Stipulation for Dismissal Without Prejudice.

The parties hereby stipulate to the dismissal of Plaintiffs' First Amended Complaint (Dkt. 16) without prejudice on the grounds that Director Armstrong and the Idaho Department of Health and Welfare have fully complied with the parties' Agreement and the Court's Order Approving Agreed Plan and Lifting Temporary Restraining Order (Dkt. 31).

This stipulation does not evidence an agreement by the parties regarding the merits of Plaintiffs' due process claim. Plaintiffs do not concede that the Agreement approved by the Court (Dkt. 31) satisfied all constitutional due process requirements. However, Plaintiffs agree that Director Armstrong has substantially discharged his obligations under the Agreement. Director Armstrong believes that the notice procedures contained in the Agreement and approved by the Court satisfy all constitutional due process requirements and, therefore, that full compliance with the Agreement has mooted the dispute between the parties. Plaintiffs and Director Armstrong nevertheless agree a final resolution of the matter, in the form of a dismissal without prejudice, is in their best interests.

Further, the Idaho Department of Health and Welfare agrees to pay $30,000.00 to Plaintiffs' counsel in attorney fees and costs within thirty (30) days of judgment being entered by the Court. This amount represents attorney fees and costs incurred by

Plaintiffs in connection with securing and implementing the Temporary Restraining Order.  *Watson v. County of Riverside*, 300 F.3d 1092, 1096 (9th Cir. 2002).  The parties agree that this payment satisfies all amounts owed or claimed to be owed to Plaintiffs from Director Armstrong and the Idaho Department of Health and Welfare under 42 U.S.C. § 1988, or any other fees and costs statute or theory of recovery.

Based on the foregoing, the parties request the Court approve this Stipulation and enter a separate judgment in accordance with its terms.

| | |
|---|---|
| DATED: August 31, 2011 | DATED: August 31, 2011 |
| HERZFELD & PIOTROWSKI, LLP | LAWRENCE G. WASDEN<br>ATTORNEY GENERAL |
| By  */s/ James M. Piotrowski*<br>     JAMES M. PIOTROWSKI | By  */s/ Clay R. Smith*<br>     CLAY R. SMITH<br>     Deputy Attorney General |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of August 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| James M. Piotrowski | james@hpllp.net |
| Marty Durand | marty@hpllp.net |

            */s/ Clay R. Smith*
            Clay R. Smith
            Deputy Attorney General